# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| BRIAN RUBRECHT,<br><br>       Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC.; and DOES 1-100, inclusive,<br><br>       Defendants. | Case No.:  EDCV 13-00017-VAP (DTBx)<br><br>**[~~PROPOSED~~] ORDER REGARDING STIPULATED PROTECTIVE ORDER**<br><br>**[Fed. R. Civ. P. 26(c)]**<br><br>[DISCOVERY MATTER] |

Pursuant to stipulation by the parties and good cause appearing therefor, the Court HEREBY ENTERS the parties' STIPULATED PROTECTIVE ORDER.

**IT IS SO ORDERED.**

DATED: April 23, 2013

_____

Honorable David T. Bristow
United States Magistrate Judge